**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number 2020-CA-0519

Diane McKernan

- - Versus - -

ABC Insurance Company, AIG Property Casualty Company,
Brad Bourg, Bourg Insurance Agency, Inc.

19th Judicial District Court
Case #: 658181
East Baton Rouge Parish

Consolidated with the following:

2020 - CA - 0520
Diane McKernan
versus
ABC Insurance Company, AIG Property Casualty Company, Brad Bourg, Bourg Insurance Agency,
Inc.

On Application for Rehearing filed on 04/30/2021 by Brad Bourg, et al

Rehearing _Denied_ .

_____

Vanessa Guidry Whipple

Jewel E. "Duke" Welch

Wayne Ray Chutz

Date  **MAY 2 0 2021**

Rodd Naquin, Clerk